ORIGINAL

FILED

99 APR 30 PM 12: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

Stanley R. Raskin, Esq. (State Bar No. 49216)
WARD, GAUNT & RASKIN
21525 Hawthorne Blvd., Pav. A
Torrance, CA 90503
Telephone: (310) 540-1771

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOY BAGGISH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHOWTIME NETWORKS INC., a corporation, WILLIAM SCOTT, an individual, MARIA HARLESTON, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. CV99-03894 DT(BQRx)<br><br>**NOTICE OF DISMISSAL**<br><br>[FRCP 41(a)(1)] |

ENTERED
CLERK, U.S. DISTRICT COURT
MAY - 3 1999
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Plaintiff Joy Baggish hereby dismisses with prejudice Defendant William Scott and Defendant Maria Harleston who have been served with the Complaint but have not yet filed an answer in this action.

WARD, GAUNT & RASKIN
Stanley R. Raskin

DATE: March 28, 1999

By: [signature]
Stanley R. Raskin
Attorney for Plaintiff Joy Baggish

Docketed
Mld copy Ptys
Mld Notice Ptys
JS-6

MAY 03 1999

5/3/99 ENTERED ON ICMS

5

# P R O O F  O F  S E R V I C E
1013 CCP

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2121 Avenue of the Stars, 10th Floor, Los Angeles, California 90067.

On April 30, 1999, I served the document(s) described as **NOTICE OF DISMISSAL ([FRCP 41(a)(1)]** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Stanley R. Raskin, Esq.
WARD, GAUNT & RASKIN
21525 Hawthorne Boulevard
Pavilion "A"
Torrance, CA 90503

[X] (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FAX) At ________ __.m., I transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on April 30, 1999, at Los Angeles, California.

[] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Roberta Karathanas
ROBERTA KARATHANAS